1274

No. 96–1329.  LIGHTMAN ET AL. *v.* ZENITH INSURANCE CO. C. A. 9th Cir.  Certiorari denied.

No. 96–1341.  BONDS ET AL. *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 96–1432.  YOURDON, INC. *v.* BRIDGES ET AL.  C. A. 2d Cir. Certiorari denied.

No. 96–1442.  SOUTHERN COMPANY SERVICES, INC. *v.* PRITCHARD.  C. A. 11th Cir.  Certiorari denied.

No. 96–1463.  METRO-NORTH COMMUTER RAILROAD CO. *v.* PADILLA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–1481.  LEAVITT, GOVERNOR OF UTAH, ET AL. *v.* JANE L. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–1537.  SWINT ET AL. *v.* CHAMBERS COUNTY COMMISSION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–1606.  KINGSTON CONSTRUCTORS, INC. *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.  Sup. Ct. Cal.  Certiorari denied.

No. 96–1612.  HARPER, JUDGE, COURT OF APPEALS OF OHIO, CUYAHOGA COUNTY *v.* OFFICE OF DISCIPLINARY COUNSEL, SUPREME COURT OF OHIO, ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 96–1619.  BUREAU VERITAS *v.* CARBOTRADE S. P. A., ON ITS OWN BEHALF AND AS ASSIGNEE OF ESSEX CEMENT CO., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 96–1621.  KING *v.* FIELDER ET UX.  C. A. 5th Cir.  Certiorari denied.

No. 96–1622.  KNAPP *v.* NORTHWESTERN UNIVERSITY ET AL. C. A. 7th Cir.  Certiorari denied.

No. 96–1623.  GATES ET AL. *v.* SHINN ET AL.  C. A. 9th Cir. Certiorari denied.